IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HARLON HARRISON,

    Petitioner,

v.  Civ. No. 15-768 MCA/KK

PHILLIP GREER *et al.*,

    Respondents.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION, GRANTING RESPONDENTS' MOTIONS TO DISMISS, AND DISMISSING PETITION WITHOUT PREJUDICE

THIS MATTER comes before the Court on United States Magistrate Judge Kirtan Khalsa's Proposed Findings and Recommended Disposition (Doc. 12), filed March 22, 2016. In the Proposed Findings and Recommended Disposition, Magistrate Judge Khalsa recommended that Respondents' Motions to Dismiss Harlon Harrison's Petition for Writ [under] §§ 2254, 2241 (Docs. 8, 11) be granted, and that Petitioner's Petition for Writ [of Habeas Corpus under] §§ 2254, 2241 (Doc. 1) be dismissed without prejudice. (Doc. 12 at 1, 5.)

The parties have filed no objections to the Magistrate Judge's Proposed Findings and Recommended Disposition. Failure to timely object to a magistrate judge's proposed findings and recommended disposition waives appellate review of both factual and legal issues. *United States v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 12) are ADOPTED.

IT IS FURTHER ORDERED that Respondents' Motions to Dismiss Harlon Harrison's Petition for Writ [under] §§ 2254, 2241 (Docs. 8, 11) are GRANTED, and Petitioner's Petition

for Writ [of Habeas Corpus under] §§ 2254, 2241 (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

_____
HONORABLE M. CHRISTINA ARMIJO
CHIEF UNITED STATES DISTRICT JUDGE